UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

ANTHONY M. SMITH,

            Plaintiff,

v.                                                                                              Case No. 13-2605-CM

HILLSHIRE BRANDS,

            Defendant.

## **ORDER**

This case comes before the court on plaintiff Anthony Smith's unopposed motion **(ECF doc. 56)** requesting an order directing the Kansas Human Rights Commission ("KHRC") to produce for inspection and copying all records pertaining to KHRC Case No. 34103-11 (EEOC Charge No. 28D-1010-00977), styled *"Smith v. Caravan."*

The court grants the motion and directs the KHRC to make available to the parties all the contents of its investigative file except such portions thereof which may be of a deliberative or conciliatory nature or attorney work product of the KHRC's legal staff. Should the KHRC consider that any items are of the foregoing nature, copies of such items shall be forwarded to the court for in camera inspection within 15 days of the date of this order. A brief summary of the documents submitted to the court shall be served on all parties in the case.

Copies of this order shall be served by the clerk on the KHRC.

IT IS SO ORDERED.

O:\ORDERS\13-2605-CM-KHRC.wpd

Dated September 4, 2014, at Kansas City, Kansas.

                                        s/ James P. O'Hara
                                        James P. O'Hara
                                        U.S. Magistrate Judge