UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

ANTHONY M. SMITH,

          Plaintiff,

v.                                        Case No. 13-2605-CM

THE HILLSHIRE BRANDS COMPANY,

          Defendant.

## ORDER

On September 4, 2014, the court granted the plaintiff's unopposed motion for an order directing the Kansas Human Rights Commission ("KHRC") to provide records pertaining to KHRC Case No. 34103-11 (EEOC Charge No. 28D-1010-00977), styled "Smith v. Caravan" **(ECF doc. 61)**. The court ordered the KHRC to submit for in camera review any portion of the investigative file which it believed to be of a deliberative or conciliatory nature, or attorney work product of the KHRC's legal staff.

The court has reviewed the documents submitted by the KHRC and finds that all of the documents submitted are of a deliberative or conciliatory nature, or attorney work product and, therefore, are not discoverable.

IT IS SO ORDERED.

Dated September 24, 2014, at Kansas City, Kansas.

                                              s/ James P. O'Hara
                                              James P. O'Hara
                                              U.S. Magistrate Judge